TAM:EP:mmz

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** 05 - 466 |
| | ) | |
| **v.** | ) | **(Judge** )|
| | ) | Smyser |
| **RAYMOND V. MORRIS** | ) | |

FILED
HARRISBURG, PA
DEC - 6 2005
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

**INFORMATION**

**THE UNITED STATES OF AMERICA CHARGES THAT:**

**COUNT I**

On or about November 8, 2005, at the Naval Support Activity in Mechanicsburg, Pennsylvania, within the Special Maritime and Territorial Jurisdiction of the United States and within the Middle District of Pennsylvania, the defendant,

**RAYMOND V. MORRIS**

did knowingly and intentionally attempt to possess a firearm and a dangerous weapon within and on a federal facility, in violation of Title 18, United States Code, Section 930.

All in violation of Title 18, United States Code, Section 930.

Thomas A. Marino
THOMAS A. MARINO BY ncl
UNITED STATES ATTORNEY

DATE: 12/6/05